## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 16-03216-ODW (JPR) | Date | October 17, 2016 |
|-----|----------------------|------|------------------|
| Title | *Harmon v. FWC Funding* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**


On June 13, 2016, the Court granted an extension for Defendant to answer the Complaint to September 7, 2016. (ECF No. 10.) To date, Defendant has not answered or otherwise responded to the Complaint. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **October 24, 2016**, why the Court should not dismiss the case for lack of prosecution. No hearing will be held. The Court will discharge this order upon the filing of a request for entry of default as to Defendant.

Failure to timely or adequately respond to this Order may result in the dismissal of the action without further warning.


|  |  : | 00 |
|---|---|---|
| Initials of Preparer | SE | |